| | |
|---|---|
| 1 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| | Todd M. Friedman (SBN 216752) |
| 2 | Meghan E. George (SBN 274525) |
| | Adrian R. Bacon (SBN 280332) |
| 3 | 21550 Oxnard Street, Suite 780 |
| | Woodland Hills, CA 91367 |
| 4 | Telephone: (877) 206-4741 |
| | Facsimile: (866) 633-0228 |
| 5 | tfriedman@toddflaw.com |
| | mgeorge@toddflaw.com |
| 6 | abacon@toddflaw.com |
| 7 | Attorneys for Plaintiff |
| | JERROLD SON |
| 8 | |
| | MAYER BROWN LLP |
| 9 | Dale J. Giali (SBN 150382) |
| | *dgiali@mayerbrown.com* |
| 10 | Keri E. Borders (SBN194015) |
| | *kborders@mayerbrown.com* |
| 11 | Rebecca B. Johns (SBN 293989) |
| | *rjohns@mayerbrown.com* |
| 12 | 350 South Grand Avenue, 25th Floor |
| | Los Angeles, CA 90071-1503 |
| 13 | Telephone:  (213) 229-9500 |
| | Facsimile:   (213) 625-0248 |
| 14 | |
| 15 | Attorneys for Defendant |
| | GALDERMA LABORATORIES, L.P. |
| 16 | |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERROLD SON, individually and on behalf of all others similarly situated, | Case No. 8:17-cv-00700-DOC-KES |
| | Hon. David O. Carter |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | [[Proposed] Order Submitted Concurrently] |
| GALDERMA LABORATORIES, L.P., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), the parties hereby stipulate to dismissal of this action as to Plaintiff Jerrold Son's claims with prejudice, and as to the claims of the putative class members without prejudice.

Respectfully submitted,

DATED: June 14, 2017        By: */s/* Adrian R. Bacon
                                Adrian R. Bacon
                                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                *Attorney for Plaintiff*
                                JERROLD SON

Respectfully submitted,

DATED: June 14, 2017        By: */s/* Keri E. Borders
                                Keri E. Borders
                                MAYER BROWN LLP

                                *Attorney for Defendant*
                                GALDERMA LABORATORIES, L.P.

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, Keri E. Borders, attest that concurrence in the filing of this document has been obtained by all its signatories.

        */s/*Keri E. Borders