JS-6

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff
JERROLD SON

MAYER BROWN LLP
Dale J. Giali (SBN 150382)
 *dgiali@mayerbrown.com*
Keri E. Borders (SBN194015)
 *kborders@mayerbrown.com*
Rebecca B. Johns (SBN 293989)
 *rjohns@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
GALDERMA LABORATORIES, L.P.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLD SON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GALDERMA LABORATORIES, L.P.,<br><br>Defendant. | Case No. 8:17-cv-00700-DOC-KES<br>Hon. David O. Carter<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [12]** |

# **ORDER**

PURSUANT TO THE STIPULATION OF DISMISSAL, IT IS SO ORDERED.

Dated: __June 15, 2017__

_____
Hon. David O. Carter
United States District Judge